PROB 12C
(6/16)

Report Date: April 28, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 29, 2024**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Joseph M Parisien | Case Number: | 0980 2:10CR00073-EFS-1 |

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 19, 2011

| | |
|---|---|
| Original Offense: | Distribution of 50 Grams or More of Methamphetamine, 21 U.S.C. § 841 (a)(1); Distribution of 5 Grams or More of a Detectable Amount of Cocaine Base, in the Form of Crack Cocaine, 21 U.S.C. § 841 (a)(1); Distribution of 50 Grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1); Conspiracy to Possess with the Intent to Distribute 50 Grams or More of a Mixture or Substance Containing Cocaine Base in the Form of Crack Cocaine, and 50 Grams or More of Pure (Actual) Methamphetamine |
| Original Sentence: | Prison - 162 months; TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorneys Office |
| | Date Supervision Commenced: July 15, 2022 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: July 14, 2027 |

## PETITIONING THE COURT

To issue a warrant.

On July 15, 2022, the U.S. probation officer reviewed the offender's conditions of supervision. The offender signed the judgment acknowledging an understanding of the conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: It is alleged that Joseph Parisien committed the offense of first degree assault and kidnaping on or about April 27, 2024. |
| | On April 28, 2024, the undersigned officer was notified by local and federal authorities that probable cause was established to arrest Joseph Parisien for the offense of first degree assault and kidnaping. Specifically, on April 27, 2024, in the city of Airway Heights and occurring on tribal land, Joseph Parisien assaulted a female victim and was observed on video surveillance forcing a female into a vehicle, who briefly was able to escape. Following |

Prob12C
Re: Parisien, Joseph M
April 28, 2024
Page 2

the female exiting the vehicle, Mr. Parisien was seen apprehending the female victim and dragging her by her hair and placing her back in the vehicle. Mr. Parisien was positively identified by a witness at the location. Additional information will be provided to the Court upon receipt. At the time of this report, Mr. Parisian has not been apprehended by authorities.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/28/2024

s/Richard Law

Richard Law
Supervisory U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

April 28, 2024
Date