PROB 12C
(6/16)

Report Date: May 2, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2024

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joseph M. Parisien | Case Number: 0980 2:10CR00073-EFS-1 |
| Address of Offender: ███████████████, Spokane, Washington 99208 | |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 19, 2011

Original Offense: Distribution of 60 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1); Distribution of 5 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine Base, in the form of crack cocaine, 21 U.S.C. § 841(a)(1); Distribution of 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1); Conspiracy to Possess with the Intent to Distribute 50 Grams or More of a Mixture or Substance Containing Cocaine Bases in the form of Crack Cocaine and 50 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 846;

| | | |
|---|---|---|
| Original Sentence: | Prison - 162 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: July 15, 2022 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 14, 2027 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/28/2024.

On July 15, 2022, a U.S. probation officer reviewed the offender's conditions of supervision. The offender signed the judgment acknowledging an understanding of the conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #17**: Defendant shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: It is alleged that Joseph Parisien was found to be under the influence of alcohol and intoxicated on April 30, 2024. |
| | Specifically, On April 30, 2024, Joseph Parisien was contacted by a Spokane police officer and arrested on his outstanding warrant. Upon contacting Mr. Parisien, the officer noted that |

Prob12C
Re: Parisien, Joseph M.
May 2, 2024
Page 2

the offender was extremely intoxicated. He noted the offender was swaying back and forth, slurring his words, his eyes appeared glossy, and the officer could smell a strong odor of intoxicating beverages coming from his person. Additionally, Mr. Parisien made a statement to the arresting officer about having a "fifth" and drinking.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 2, 2024

s/Richard Law

Richard Law
Supervisory U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

May 2, 2024
Date