PROB 12C
(6/16)

Report Date: June 6, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 07, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joseph M Parisien | Case Number: 0980 2:10CR00073-EFS-1 |

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 19, 2011

| | |
|---|---|
| Original Offense: | Distribution of 60 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1); Distribution of 5 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine Base, in the form of crack cocaine, 21 U.S.C. § 841(a)(1); Distribution of 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1); Conspiracy to Possess with the Intent to Distribute 50 Grams or More of a Mixture or Substance Containing Cocaine Bases in the form of Crack Cocaine and 50 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 162 months; TSR - 60        Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael Ellis        Date Supervision Commenced: July 15, 2022 |
| Defense Attorney: | Stephen Hormel        Date Supervision Expires:  July 14, 2027 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/28/2024 and 5/2/2024.

On July 15, 2022, a U.S. probation officer reviewed the offender's conditions of supervision.  The offender signed the judgment acknowledging an understanding of the conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Pursuant to the indictment filed on June 5, 2024, in the Eastern District of Washington under docket number 2:24CR00079-001, it is alleged that Joseph Parisien committed the following crimes: |
| | Count 1: On or about April 27, and April 29, 2024, in the Eastern District of Washington, the offender unlawfully and willfully seize, confine, kidnap, and carry away A.P. and in |

Prob12C
## Re: Parisien, Joseph M
**June 6, 2024**
**Page 2**

committing or in furtherance of the commission of the offense, used a means, facility, and instrumentality of interstate and foreign commerce, to wit: a vehicle, public roadways, and a cellular device, and did aid and abet the same, all in violation of 18 U.S.C. §§ 1201(a)(l), 2.

Count 2: On or about between April 27, and April 29, 2024, in the Eastern District of Washington, within the external boundaries of the Spokane Indian Reservation, in Indian Country, Joseph Parisien did unlawfully and willfully seize, confine, kidnap, and carry away A.P ., and did aid and abet the same, all in violation of 18 U.S.C. §§ 120l{a)(2), 1153, 2.

Count 3: On or about April 27, 2024, in the Eastern District of Washington, within the external boundaries of the Spokane Indian Reservation, in Indian Country, Joseph Parisien, an Indian, did intentionally assault A.P ., with the intent to commit any felony, to wit: Kidnapping, in violation of 18 U.S.C. § 1201(a){l), and Kidnapping in Indian Country, in violation of 18 U.S.C. §§ 1201(a)(2), 1153, all in violation of 18 U.S.C. §§ 113(a)(2), 1153.

Count 4: On or about April 27, 2024, in the Eastern District of Washington, within the external boundaries of the Spokane Indian Reservation, in Indian Country, Joseph Parisien, an Indian, did intentionally assault A.P., the Defendant's intimate partner and dating partner, resulting in substantial bodily injury to A.P., all in violation of 18 U.S.C. §§ 113(a)(7), 1153.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 6, 2024

s/Richard Law

Richard Law
Supervisory U.S. Probation Officer

Prob12C
**Re: Parisien, Joseph M**
**June 6, 2024**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

June 7, 2024
Date